To the Clerk of the Federal District Court of Philadelphia:

Hello,

I have a question about your job. How are Judges assigned to cases (or vice-versa)? Everyone says that I lucked out getting Slomsky, and I am curious to this process from which I have benefitted. I realize that some things are better left unsaid, and if such is the case with this process then so be it.

Inquisitively Yours,

Jacob Montague
#27406-509
Box 562
Federal Detention Center - Philadelphia
Philadelphia, PA 19105



Dear Judge Slomsky

I would like to clerk for you.

